AO245B Judgment in a Criminal Case for Revocation (Rev. 06/05)

RECEIVED
APR 17 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CARL LAPOINT<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number:6:02CR60011-001 |

Edward J. Milligan, Jr.
Defendant's Attorney

**THE DEFENDANT:**

[✓] admitted guilt to violation of Mandatory Conditions 2 and 3 of the term of supervision.
[ ] was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|

See next page.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

4/12/2006
Date of Imposition of Sentence

Signature of Judicial Officer

REBECCA F. DOHERTY, United States District Judge
Name & Title of Judicial Officer

April 12, 2006
Date

COPY SENT
DATE 4.17.06
BY MB
TO USM (3/cc)
USPO (3/cc)

CASE NUMBER:    6:02CR60011-001
DEFENDANT:

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
| --- | --- | --- |
| MC 2 | Hit-and-run driving and reckless operation of a vehicle | 3-15-04 |
| MC 2 and 3 | Theft and possession of marijuana | 7-2-05 |
| MC 3 | Possession of a Schedule IV drug (Lortab) | 7-5-05 |
| MC 2 | Theft by shoplifting | 7-20-05 |

AO245B Judgement in a Criminal Case (Rev. 06/05)
    Sheet 2 — Imprisonment

DEFENDANT:    CARL LAPOINT
CASE NUMBER:    6:02CR60011-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months.

[✓] The court makes the following recommendations to the Bureau of Prisons:

That defendant be placed in a facility and in a manner such that he can receive the most extensive drug treatment available, given the amount of time he will be within the system and if possible the 500 hour intensive drug treatment program.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m. [ ] p.m. on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                          _____
                          UNITED STATES MARSHAL

                          By _____
                          DEPUTY UNITED STATES MARSHAL